UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAURICE P. OLIVIER,

    Plaintiff,

v.

SCOTT KERNAN,

    Defendant.

Case No. 17-cv-04953-PJH

**ORDER OF DISMISSAL**

Re: Dkt. No. 5

    This case was opened when plaintiff wrote a letter to the court regarding prison conditions. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

    The twenty-eight days has passed and plaintiff has filed a complaint but he has not paid the filing fee or filed an IFP application. This case is therefore **DISMISSED** without prejudice. The motion to relate the case (Docket No. 5) is **DENIED** as moot. The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: October 5, 2017

PHYLLIS J. HAMILTON
United States District Judge

\\candoak.cand.circ9.dcn\data\users\PJHALL\_psp\2017\2017_04953_Olivier_v_Kernan_(PSP)\17-cv-04953-PJH-dis_ifp.docx

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAURICE P. OLIVIER,

    Plaintiff,

v.

SCOTT KERNAN,

    Defendant.

Case No. 17-cv-04953-PJH

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on October 6, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maurice P. Olivier ID: F83603
Valley State Prison
21633 Avenue 24
Chowchilla, CA 93610

Dated: October 6, 2017

Susan Y. Soong
Clerk, United States District Court

By: /s/ Nichole Peric
Nichole Peric, Deputy Clerk to the
Honorable PHYLLIS J. HAMILTON